No. 245. UNITED STATES v. ALGOMA LUMBER Co.;
No. 246. SAME v. FOREST LUMBER Co.; and
No. 247. SAME v. LAMM LUMBER Co. October 10, 1938. Petition for writs of certiorari to the Court of

Claims granted. *Acting Solicitor General Townsend* for the United States. *Messrs. Jesse Andrews, Carl D. Matz,* and *William S. Bennet* for respondents in Nos. 245 and 246. *Mr. Ralph H. Case* for respondent in No. 247. Reported below: 86 Ct. Cls. 226, 188, 171.